**Order entered March 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00896-CV

### PIERRE INVESTMENTS, INC., Appellant

### V.

### DAVID CORONA D/B/A CORONA AND SON CONSTRUCTION, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC 12-12422-I**

## ORDER

We **GRANT** appellee's March 20, 2015 motion for an extension of time to file an amended brief. Appellee shall file an amended brief by April 27, 2015.

/s/     ELIZABETH LANG-MIERS
         JUSTICE